Form finmgtc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  17−33830−JKS
Chapter:  7
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Joselien JOSEPH
21 Ridgehurst Road
West Orange, NJ 07052

Magalie JOSEPH
21 Ridgehurst Road
West Orange, NJ 07052

Social Security No.:
xxx−xx−5569

xxx−xx−1178

Employer's Tax I.D. No.:

## NOTICE OF FAILURE TO FILE DEBTOR'S CERTIFICATION OF COMPLETION
## OF INSTRUCTIONAL COURSE CONCERNING FINANCIAL MANAGEMENT

To receive a discharge each individual debtor must participate in a personal financial management course. The course provider may file a Certificate of Debtor Education, or the debtor must file a *Debtor's Certification of Completion of Instructional Course Concerning Financial Management* (Official Form B23) proving compliance with the financial management course requirement for discharge (each debtor in a joint case must file a separate Certification). The Certification must be filed by:

Chapter 7: [60 days from the first date set for your Meeting of Creditors.]

To date the court has not received the above document from the debtor(s), nor has it received a Certificate of Debtor Education from a course provider. If the court does not receive the document(s) within the time frame set forth above, your case will be closed without entry of the discharge. If the case is closed without entry of the discharge you must file a Motion To Reopen to allow for the filing of the document(s) and pay the applicable filing fee.

Dated: February 5, 2018
JAN: admi

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Joselien JOSEPH
Magalie JOSEPH
    Debtors

Case No. 17-33830-JKS
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Feb 05, 2018
    Form ID: finmgtc    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2018.
db/jdb    +Joselien JOSEPH,   Magalie JOSEPH,   21 Ridgehurst Road,   West Orange, NJ 07052-5717

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg    E-mail/Text: usanj.njbankr@usdoj.gov Feb 05 2018 23:27:22    U.S. Attorney,   970 Broad St.,   Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg    +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 05 2018 23:27:19    United States Trustee,   Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,   Newark, NJ 07102-5235
    TOTAL: 2

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2018    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2018 at the address(es) listed below:
    Jeffrey Lester   on behalf of Trustee Jeffrey Lester jlester@bllaw.com, NJ19@ecfcbis.com
    Jeffrey Lester   jlester@bllaw.com, NJ19@ecfcbis.com
    John A. Lipowski   on behalf of Joint Debtor Magalie JOSEPH jal1001@aol.com
    John A. Lipowski   on behalf of Debtor Joselien JOSEPH jal1001@aol.com
    Rebecca Ann Solarz   on behalf of Creditor Quicken Loans Inc. rsolarz@kmllawgroup.com
    U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
    TOTAL: 6