Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  17−33830−JKS
Chapter:  7
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joselien JOSEPH                                   Magalie JOSEPH
   21 Ridgehurst Road                             21 Ridgehurst Road
   West Orange, NJ 07052                  West Orange, NJ 07052

Social Security No.:
   xxx−xx−5569                                        xxx−xx−1178

Employer's Tax I.D. No.:

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

☑    Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

☑    Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

☐    Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐    Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐    Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐    Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐    Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐    Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐    An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐    An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

    If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: March 6, 2018
JAN: lc

                                               Jeanne Naughton
                                               Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                           Case No. 17-33830-JKS
Joselien JOSEPH                                                  Chapter 7
Magalie JOSEPH
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2          Date Rcvd: Mar 06, 2018
                              Form ID: cscnodsc        Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 08, 2018.
db/jdb         +Joselien JOSEPH,    Magalie JOSEPH,    21 Ridgehurst Road,    West Orange, NJ 07052-5717
cr             +AmeriCredit Financial Services, Inc, dba GM Financ,    PO Box 183853,    Arlington, TX 76096-3853
517298235      ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                (address filed with court: Americredit Financial Services, Inc.,    Dba GM Financial,
                P.O Box 183853,    Arlington, TX 76096)
517196197       Alltran Financial, LP,    PO Box 4045,    Concord, CA 94524-4045
517196198       American Express,    PO Box 981535,    El Paso, TX 79998-1535
517196200      +Arthur C. Tutela, MD,    347 Mount Pleasant Avenue,    West Orange, NJ 07052-2745
517196201      +Calypso Leslie,    602 Mount Pleasant,    West Orange, NJ 07052-1407
517196202       Chase,   PO Box 15548,    Wilmington, DE 19886-5648
517196203      +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
517196204      +Client Services, Inc.,    3451 Harry S Truman Blvd.,    Saint Charles, MO 63301-9816
517196205      +Commonwealth Financial Systems,    245 Main Street,   Dickson City, PA 18519-1641
517196207      +Convergent Outsourcing, Inc.,    800 SW 39th Street,    PO Box 9004,    Renton, WA 98057-9004
517196209       First Bank of Omaha,    PO Box 3412,    Omaha, NE 68103-0412
517196211      +First Credit Services, Inc.,    377 Hoes Lane, Suite 200,    Piscataway, NJ 08854-4155
517196212      +GMAC Financial/AmeriCredit,    PO Box 183853,    Arlington, TX 76096-3853
517196213      +Home Depot,    PO Box 790328,    Saint Louis, MO 63179-0328
517196215      +Joel W. Levitt, MD,    769 Northfield Road, Suite L12,    West Orange, NJ 07052-1198
517196216      +NCB Management Services, Inc.,    PO Box 1099,    Langhorne, PA 19047-6099
517196221       Remex Revenue Management,    307 Wall Street,    Princeton, NJ 08540-1515
517196222       Retro Fitness,    PO Box 6800,    North Little Rock, AR 72124-6800
517196224      +Sacks Orthodontics,    41 North Livingston AVenue,    Livingston, NJ 07039-2112
517196226       Santander Consumer USA, Inc.,    Attn. Bankruptcy,    PO Box 560284,    Dallas, TX 75356-0284
517196227      +Sears/CBNA,    PO Box 6282,    Sioux Falls, SD 57117-6282
517196228       Service Finance Company, LLC,    550 South Federal Highway, Suite 200,    Boca Raton, FL 33432
517226205       State Farm Bank,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517196229       State Farm Bank,    PO Box 2328,    Bloomington, IL 61702-2328
517196231       Synchrony Bank/Home Design,    Attn. Selip & Stylianou, LLP,    199 Crossways Park Drive,
                PO Box 366,    Woodbury, NY 11797-0366
517196234      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Financial Services,    PO Box 15012,
                Chandler, AZ 85244-5012)
517196235       Urology Group of NJ LLC,    741 Northfield Avenue,    West Orange, NJ 07052-1174
517196236      +Victoria's Secret/Comenuty Bank,    PO Box 182125,    Columbus, OH 43218-2125

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 07 2018 00:36:56     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 07 2018 00:36:54     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Mar 07 2018 00:33:25
                Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
517196199       E-mail/Text: legal@arsnational.com Mar 07 2018 00:36:46     ARS National Services, Inc.,
                PO Box 463023,    Escondido, CA 92046-3023
517196206      +E-mail/Text: compliance@contractcallers.com Mar 07 2018 00:37:55     Contract Callers, Inc.,
                501 Greene Street, Suite 301,    Augusta, GA 30901-4402
517196208      +E-mail/Text: data_processing@fin-rec.com Mar 07 2018 00:36:46
                Financial Recovery Services, Inc.,    PO Box 4115,    Concord, CA 94524-4115
517196214       E-mail/Text: collections@jeffersonassociates.com Mar 07 2018 00:37:04     Jefferson Associates,
                PO Box 416,    Fords, NJ 08863-0416
517196217       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 07 2018 00:52:02
                Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk, VA 23541
517196218       E-mail/Text: bankruptcy@pseg.com Mar 07 2018 00:36:14     PSE&G,    PO Box 490,
                Cranford, NJ 07016-0490
517196220      +E-mail/Text: bankruptcyteam@quickenloans.com Mar 07 2018 00:37:19     Quicken Loans, Inc.,
                1050 Woodward Avenue,    Detroit, MI 48226-1906
517196223      +E-mail/Text: bk@rgsfinancial.com Mar 07 2018 00:36:16     RGS Financial, Inc.,
                1700 Jay ELi Drive, Suite 201,    Richardson, TX 75081-1600
517196230       E-mail/PDF: gecsedi@recoverycorp.com Mar 07 2018 00:33:40     Synchrony Bank,
                Attn. Bankruptcy Dept.,    PO Box 965060,    Orlando, FL 32896-5060
517198715      +E-mail/PDF: gecsedi@recoverycorp.com Mar 07 2018 00:33:41     Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517196233       E-mail/PDF: gecsedi@recoverycorp.com Mar 07 2018 00:33:10     Synchrony Bank/Old Navy,
                Attn. Bankruptcy Dept.,    PO Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 14

```
District/off: 0312-2           User: admin              Page 2 of 2               Date Rcvd: Mar 06, 2018
                               Form ID: cscnodsc        Total Noticed: 44

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517196210*        First Bank of Omaha,    PO Box 3412,    Omaha, NE 68103-0412
517196219*        PSE&G,    PO Box 490,    Cranford, NJ 07016-0490
517196225*       +Sacks Orthodontics,    41 North Livingston AVenue,    Livingston, NJ 07039-2112
517196232*        Synchrony Bank/Home Design,    Attn. Selip & Stylianou, LLP,    199 Crossways Park Drive,
                   PO Box 366,    Woodbury, NY 11797-0366
                                                                                              TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 6, 2018 at the address(es) listed below:
              Jeffrey   Lester    on behalf of Trustee Jeffrey   Lester jlester@bllaw.com, NJ19@ecfcbis.com
              Jeffrey   Lester    jlester@bllaw.com, NJ19@ecfcbis.com
              John A. Lipowski    on behalf of Debtor Joselien   JOSEPH jal1001@aol.com
              John A. Lipowski    on behalf of Joint Debtor Magalie   JOSEPH jal1001@aol.com
              Rebecca Ann Solarz    on behalf of Creditor   Quicken Loans Inc. rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                TOTAL: 6
```